United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JUSTIN A. LITTLES, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 6:23-CV-00027 |
| § | |
| BOBBY LUMPKIN, § | |
| § | |
| Respondent. § | |

**ORDER WITHDRAWING MEMORANDUM
AND RECOMMENDATION TO DISMISS**

On August 7, 2023, the undersigned entered a Memorandum and Recommendation to Dismiss For Failure to Prosecute (D.E. 8) because Petitioner failed to pay the filing fee as ordered. Petitioner subsequently paid the filing fee. *See* September 7, 2023 docket entry. The Memorandum and Recommendation to Dismiss For Failure to Prosecute (D.E. 8) is **WITHDRAWN**. Service will be ordered by separate order.

ORDERED on September 11, 2023.

_____
Jason B. Libby
United States Magistrate Judge